# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00382-CR

**John Castilleja Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 19-225, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Castilleja Jr. seeks to appeal from a judgment adjudicating guilt for the offense of theft. *See* Tex. Penal Code § 31.04(a), (e)(4). The trial court has certified that appellant has waived the right of appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: October 20, 2023

Do Not Publish